NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000742
11-MAR-2013
08:08 AM

NO. CAAP-12-0000742

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
REINIER M. SALES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1868)

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of Defendant-Appellant Reinier M. Sales' Motion for Leave to Withdraw Appeal, filed on March 1, 2013, which the court will review as a motion for dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for dismissal of the appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, March 11, 2013.

Chief Judge

Associate Judge

Associate Judge